UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL SAMUEL JOHNSON,

  Plaintiff,

  v.

NEWSOM, et al.,

  Defendants.

Case No. 25-cv-09539-TLT

**ORDER OF DISMISSAL**

Plaintiff filed this *pro se* complaint pursuant to 42 U.S.C. § 1983 on November 5, 2025. Dkt. No. 1. That same day, the Clerk of the Court informed plaintiff that this action was deficient because he had not submitted a complete *in forma pauperis* (IFP) application or paid the filing fee. Dkt. No. 2. The Clerk informed plaintiff that he needed to correct the deficiencies within twenty-eight days from the date of the notice to avoid dismissal of this action. *Id.* The deadline has passed, and plaintiff has not paid the filing fee nor filed an IFP application.

Instead, plaintiff has sent a letter to the Court stating that the Clerk has made an error, that he intended to add the claims to his first writ filed in front of Judge Gonzalez Rogers, and that he "long ago paid the $." Dkt. No. 3. He added, "I don't get why everyone is sooooo dumb and lazy and spoiled and selfish allll over now?" He included some profanity and alleged that he is being "illegally stalled in this new claim by a clerk." Plaintiff has several open petitions for writ of habeas corpus in front of Judge Gonzalez Rogers but has not included a case number in his letter. Furthermore, the allegations in the complaint in this case appear to be civil rights claims that do not sound in habeas and therefore cannot be added to a prior petition for writ of habeas corpus. Plaintiff may not skirt the requirements of the Prison Litigation Reform Act (PLRA) by filing civil rights claims in habeas petitions, nor by filing new civil rights claims in old cases. An IFP

application or payment of the filing fee is required for each new claim.

The Court therefore dismisses this action. The Clerk shall terminate any pending motions, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

Dated: February 6, 2026

TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California

2